United States District Court
Southern District of Texas
**ENTERED**
January 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LORRAINE CANTU, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:15-CV-294 |
| § | |
| TEXAS ROADHOUSE, INC., § | |
| § | |
| Defendant. § | |

## ORDER

BE IT REMEMBERED that on January 15, 2016 the Court **GRANTED** Plaintiff's Motion to Allow Withdrawal of Plaintiff's Counsel, Sandra Eastwood. *See* Dkt. No. 6.

In Plaintiff's motion, Sandra Eastwood ("Eastwood") states that she no longer works at the Law Offices of Jerry J. Trevino (the "Trevino Firm"), the firm employed by Plaintiff Lorraine Cantu ("Cantu") to represent her. Dkt. No. 6 at 1. Eastwood states that she attempted to contact the Trevino Firm to name the attorney who will serve as lead counsel, but she has not yet received a response. Dkt. No. 6 at 1–2. Eastwood states that she attempted to confer with Defendant's counsel, but she was unable to do so. Dkt. No. 6 at 2. Defendant's response was due on December 30, 2015, but it did not file a response. Therefore, the motion is deemed unopposed. *See* S.D. Tex. Civ. R. 7.2 (stating that a failure to respond constitutes a representation of non-opposition).

"An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *Matter of Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). Based on a review of the case in CM/ECF, the Trevino Firm still represents Cantu. Jerry Joel Trevino is listed as an attorney to be noticed via CM/ECF and presumably remains in contact with Cantu to inform her of Eastwood's withdrawal. The Court finds there is good cause to grant Eastwood's withdrawal because she no longer works for the Trevino Firm and an

attorney from that firm continues to represent Cantu and to receive CM/ECF notices.

The Court therefore **GRANTS** Eastwood's motion to withdraw and **ORDERS** the Trevino Firm to notify the Court of the name of the lead attorney who will substitute Eastwood within seven days following entry of this order.

SIGNED this 15th day of January, 2016.

_____
Hilda Tagle
Senior United States District Judge